## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01772-RPM-MEH

PHYLLIS NOAKES,

      Plaintiff,

v.

FIRST PERFORMANCE RECOVERY CORPORATION, a Nevada corporation,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

                    BY THE COURT:

September 27, 2006        s/Richard P. Matsch

_____       _____
DATE                                   U.S. DISTRICT JUDGE